**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:19-cv-03279-DDD-NRN

AUGUSTIN TAM NIAMKEY,
    Plaintiff,

v.

CREDIT ONE BANK, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
LVNV FUNDING, LLC,
and TRANS UNION, LLC,
    Defendants.

---

### STIPULATION TO DISMISS PARTY TRANS UNION, LLC WITH PREJUDICE

---

    Plaintiff Augustin Tan Niamkey ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") file this Stipulation To Dismiss Trans Union with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff and Trans Union to be determined by the Court. Plaintiff hereby stipulates that all claims or causes of action against Trans Union, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.

Dated:  January 28, 2020                     s/ Paul W. Sheldon
**PAUL W. SHELDON**
Colorado Bar No. 22747
psheldon@qslwm.com
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5453
(214) 871-2111 Fax
*Counsel for Trans Union LLC*


Dated:  January 28, 2020                     Respectfully submitted,

By:  s/ Matthew R. Osborne
       Matthew R. Osborne

Matthew R. Osborne
11178 Huron Street, Suite 7
Northglenn, CO  80234
Telephone:  (303) 759-7018
Email:  matt@mrosbornelawpc.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on 1/28/20, I served a true and correct copy of the Stipulation to Dismiss Trans Union LLC with Prejudice via CM/ECF to:

All counsel of record.

s/ Mike Nobel