**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:19-cv-03279-DDD-NRN

AUGUSTIN TAM NIAMKEY,
    Plaintiff,

v.

CREDIT ONE BANK, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
LVNV FUNDING, LLC,
and TRANS UNION, LLC,
    Defendants.

_____

**STIPULATION TO DISMISS PARTY EQUIFAX INFORMATION SERVICES, LLC
WITH PREJUDICE**

_____

    Plaintiff Augustin Tan Niamkey ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") file this Stipulation To Dismiss Equifax with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff and Equifax to be determined by the Court. Plaintiff hereby stipulates that all claims or causes of action against Equifax, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.

1

Dated:  March 23, 2020                         s/ Misty L. Peterson

                                                                          Misty L. Peterson (Ga. Bar No. 243715)
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: mpeterson@kslaw.com

*Counsel for Equifax Information Services, LLC*


Dated:  March 23, 2020                         Respectfully submitted,

By:  s/ Matthew R. Osborne
      Matthew R. Osborne

Matthew R. Osborne
11178 Huron Street, Suite 7
Northglenn, CO  80234
Telephone:  (303) 759-7018
Email:  matt@mrosbornelawpc.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that on 3/23/20, I served a true and correct copy of the Stipulation to Dismiss Equifax Information Services, LLC with Prejudice via CM/ECF to:

All counsel of record.

s/ Mike Nobel