**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:19-cv-03279-DDD-NRN

AUGUSTIN TAM NIAMKEY,
    Plaintiff,

v.

CREDIT ONE BANK, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
LVNV FUNDING, LLC,
and TRANS UNION, LLC,
    Defendants.

_____

**STIPULATION TO DISMISS PARTIES CREDIT ONE BANK, N.A. AND LVNV FUNDING, LLC WITH PREJUDICE**

_____

    Plaintiff Augustin Tan Niamkey ("Plaintiff") and Defendants Credit One Bank, N.A. ("Credit One") and LVNV Funding, LLC ("LVNV") file this Stipulation To Dismiss Credit One and LVNV with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff and Defendants Credit One and LVNV to be determined by the Court. Plaintiff hereby stipulates that all claims or causes of action against Credit One and LVNV, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated:  March 24, 2020 | s/ Tyler S. Gurnee |

Daniel R. Delaney, Esq., Colo. Atty. Reg. No. 35958
Tyler S. Gurnee, Esq., Colo. Atty. Reg. No. 50250
410 17th Street, Suite 2400
Denver, Colorado 80202
Phone Number: 303-534-2277
Fax Number: 303-534-1313
Email: ddelaney@msa.legal; tgurnee@msa.legal

*Counsel for Credit One Bank, N.A. and LVNV Funding, LLC*

Dated:  March 24, 2020                                     Respectfully submitted,

By:  s/ Matthew R. Osborne
        Matthew R. Osborne

Matthew R. Osborne
11178 Huron Street, Suite 7
Northglenn, CO  80234
Telephone:  (303) 759-7018
Email:  matt@mrosbornelawpc.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on 3/24/20, I served a true and correct copy of the Stipulation to Dismiss Credit One and LVNV Funding, LLC with Prejudice via CM/ECF to:

All counsel of record.

s/ Mike Nobel