## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action Number 1:19-cv-03279-DDD-NRN

AUGUSTIN TAM NIAMKEY,
    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
    Defendants.
_____

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**
_____

PLEASE TAKE NOTICE that Plaintiff files this notice of settlement pursuant to D.C.COLO.LCivR 40.2(b). The parties have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian Information Solutions, Inc. pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted against Experian Information Solutions, Inc.

Dated: April 14, 2020                                Respectfully submitted,

                                                     By:  /s/ Matthew R. Osborne
                                                     Matthew R. Osborne, P.C.
                                                     11178 Huron Street, Suite 7
                                                     Northglenn, CO 80234
                                                     matt@mrosbornelawpc.com
                                                     303-759-7018

                                                     *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on 4/14/2020, I filed a true and correct copy of the foregoing Notice of Settlement via the Court's CM/ECF system, which will automatically send notice to:

All counsel of record.

                                                                              s/ Mike Nobel