UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:19-cv-03279-DDD-NRN

AUGUSTIN TAM NIAMKEY,
    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
    Defendants.

_____

### STIPULATION TO DISMISS CASE WITH PREJUDICE
_____

    Plaintiff Augustin Tam Niamkey ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") file this Stipulation To Dismiss Case with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff and Experian to be determined by the Court.  Plaintiff hereby stipulates that all claims or causes of action against Experian, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.

Dated:  May 4, 2020					Respectfully submitted,

							By:  s/ Katherine A. Neben
							       Katherine A. Neben

							Jones Day
							3161 Michelson Drive, Suite 800
							Irvine, California 92612.4408
							Telephone: (949) 851-3939
							Fax: (949) 553-7539
							Email: kneben@jonesday.com

							*Attorney for Defendant*
							*Experian Information Solutions, Inc.*


Dated:  May 4, 2020					Respectfully submitted,

							By:  s/ Matthew R. Osborne
							       Matthew R. Osborne

							Matthew R. Osborne
							11178 Huron Street, Suite 7
							Northglenn, CO  80234
							Telephone: (303) 759-7018
							Email:  matt@mrosbornelawpc.com


							*Attorney for Plaintiff*

3

### CERTIFICATE OF SERVICE

I certify that on 05/04/20, I served a true and correct copy of the Stipulation to Dismiss Case with Prejudice via CM/ECF to:

All counsel of record

s/ Mike Nobel

3